# UNITED STATES EX REL. PORET ET AL. *v.* SIGLER, WARDEN.

No. 307, Misc.   Decided January 25, 1960.

*G. Wray Gill* and *Gerard H. Schreiber* for petitioners.

*Jack P. F. Gremillion,* Attorney General of Louisiana, *M. E. Culligan,* Assistant Attorney General, and *John E. Jackson, Jr.,* Special Counsel to the Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case remanded to the District Court for disposition of the question whether members of petitioners' race were deliberately and intentionally limited and excluded in the selection of petit jury panels, in violation of the Federal Constitution.